## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

No. 5:14-CV-83-F

U.S. COMMODITY FUTURES )
TRADING COMMISSION, )
                Plaintiff, )
                 )
v. )       ORDER
                 )
RONALD EARL MCCULLOUGH )
and DAVID CHRISTOPHER MAYHEW, )
                Defendants. )
_____ )

This matter is before the court on the CFTC's motion for entry of default [DE-7] and

motion for service by publication [DE-13]. Both motions are ALLOWED. With respect to

service by publication on Defendant McCullough, the court finds that CFTC has made a

sufficient showing that "deliberate avoidance and obstruction by the defendant [has] made the

giving of notice impossible" under other means of service. *S.E.C. v. Tome*, 833 F.2d 1086, 1092

(2d Cir. 1987); *see also Standard Oil Co. v. New Jersey*, 341 U.S. 428, 433 (1951) ("This court

has not hesitated to approve of resort to publication as a customary substitute in another class of

cases where it is not reasonably possible or practicable to give more adequate warning."). CFTC

has amply demonstrated that it has diligently pursued service by other means and that the

defendant is deliberately avoiding service. *See* Mem. in Supp. of Mot. for Service by Publication

[DE-14]. Accordingly, the motion for service by publication [DE-13] is ALLOWED. CFTC has

also shown good cause to extend the deadline for effecting service to and including 60 days from

the day the CFTC's notice is first published.

Because Mayhew has failed to plead or otherwise defendant, the court is required to enter his default. Fed. R. Civ. P. 55. The motion for entry of default [DE-7] is therefore ALLOWED and the Clerk of Court is DIRECTED to enter a default as to Defendant Mayhew. However, if CFTC pursues a default judgment against Mayhew and not McCullough, the court requests the CFTC's position on whether default judgment is appropriate in these circumstances. *See, e.g.*, *Frow v. De La Vega*, 82 U.S. 552 (1872).

SO ORDERED.

This the 2 day of September, 2014.

James C. Fox

JAMES C. FOX
Senior United States District Judge

2