UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>      Plaintiff,<br><br>v.<br><br>RONALD EARL McCULLOUGH and<br>DAVID CHRISTOPHER MAYHEW,<br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-83-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's Motion for Default Judgment is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 14, 2015, and Copies To:**

James H. Holl (via CM/ECF Notice of Electronic Filing)
Stephen A. West (via CM/ECF Notice of Electronic Filing)
Glen I. Chernigoff (via CM/ECF Notice of Electronic Filing)


DATE                                                      JULIE RICHARDS JOHNSTON, CLERK
August 14, 2015                          /s/ Susan K. Edwards
                                                          (By) Susan K. Edwards, Deputy Clerk